UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTONIQ, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO. 1:22-cv-00368-JMS-DML |
| v. | ) |
| | ) |
| LASER APPRAISER, LLC | ) |
| | ) |
| Defendant. | ) |

Dismissal without prejudice acknowledged [9]. JMS, DJ 5/26/22 Distribution via ECF

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Autoniq, LLC, by counsel, hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 25, 2022

Respectfully submitted,

 /s/ Louis T. Perry
Louis T. Perry (#25736-49)
louis.perry@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 North Meridian St., Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax:   (317) 237-0000

*Attorney for Plaintiff, Autoniq, LLC*

US.350258855.01